IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR MORALES,

    Petitioner,                   No. 2: 12-cv-0544 LKK KJN P

    vs.

ANTHONY HEDGPETH, et al.,

    Respondents.             ORDER TO SHOW CAUSE
_____/

        Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 7, 2012, respondent filed a motion to dismiss.  Petitioner has not opposed respondent's motion.

        Local Rule 230(l) provides in part:  "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ."  Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court."

////

////

////

1

Accordingly, IT IS HEREBY ORDERED that within fourteen days of the date of this order, petitioner shall file his opposition to respondent's May 7, 2012 motion to dismiss and show cause for his failure to file an opposition; failure to respond to this order will be deemed a waiver of opposition.

DATED: June 20, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mor544.osc