IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR MORALES,

        Petitioner,                      No. 2: 12-cv-0544 LKK KJN P

    vs.

ANTHONY HEDGPETH, et al.,

        Respondents.              <u>ORDER</u>

_____/

        Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On May 7, 2012, respondent filed a motion to dismiss on grounds that this action is barred by the statute of limitations. Petitioner did not file an opposition. Accordingly, on July 20, 2012, the undersigned recommended that respondent's motion be granted.

        On August 22, 2012, petitioner filed an amended petition raising additional claims. Because the amended petition raises additional claims, the motion to dismiss addressing the original petition is vacated, and respondent is directed to file a response to the amended petition.

////

////

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to dismiss (Dkt. No. 13) and findings and recommendations (Dkt. No. 16) are vacated;

2. Within thirty days of the date of this order, respondent shall file a response to the amended petition filed August 22, 2012.

DATED:  October 30, 2012

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mor544.vac