IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR MORALES,

    Petitioner,                    No. 2: 12-cv-0544 LKK KJN P

    vs.

ANTHONY HEDGPETH, et al.,

    Respondents.              <u>ORDER</u>

        Petitioner is a state prisoner, proceeding without counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On November 30, 2012, respondents filed a motion to dismiss. Petitioner did not oppose the motion. Accordingly, on January 9, 2013, petitioner was ordered to show cause for his failure to oppose respondents' motion.

        On February 28, 2013, petitioner filed a response to the order to show cause. Petitioner states that he could not file a timely opposition because he was without his legal property due to a transfer to a new prison. Petitioner states that he did not receive his legal property until February 23, 2013.

////

////

////

1

Good cause appearing, IT IS HEREBY ORDERED that:

1. The order to show cause (Dkt. No. 21) is discharged;

2. Petitioner is granted twenty-one days from the date of this order to file his opposition to respondents' motion to dismiss; respondents may file a reply within fourteen days thereafter.

DATED: March 4, 2013

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

mor544.ord