IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

OSCAR MORALES,

    Petitioner,                     No. 2: 12-cv-0544 LKK KJN P

    vs.

ANTHONY HEDGPETH, et al.,

    Respondents.                ORDER

_____/

       On April 17, 2013, the undersigned granted respondents' motion for an extension of time to May 12, 2013 to file a reply to petitioner's opposition.  The grounds of this request were that petitioner argued in his opposition that he was entitled to equitable tolling.  Respondents claimed that they had just received documents necessary to respond to this argument and required additional time to review these documents and prepare a reply.

       Respondents did not file a reply to petitioner's opposition.  Accordingly, IT IS HEREBY ORDERED that respondents' motion to dismiss is deemed submitted for decision.

DATED: May 23, 2013

                                         KENDALL J. NEWMAN
                                         UNITED STATES MAGISTRATE JUDGE

mor544.res

1