UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

OSCAR MORALES,

    Petitioner,

  v.

ANTHONY HEDGPETH, *et al.*,

    Respondent.

No. 2:12-cv-0544 LKK KJN P

**ORDER**

**Judge:  Honorable LAWRENCE K. KARLTON**

Pursuant to the Response Report of the Federal Defender on this Court's order of September 26, 2013, and good cause appearing therefor, it is hereby ORDERED appointing the Office of the Federal Defender to represent Petitioner Oscar Morales in the above-entitled proceeding.

Petitioner shall file an amended petition concerning actual innocence, a memorandum of points and authorities in support of the petition, or a further status report on or before March 28, 2014.

Dated:  January 8, 2014.

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

1