UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MORALES, | No. 2: 12-cv-0544 LKK KJN P |
| Petitioner, | |
| v. | ORDER |
| ANTHONY HEDGPETH, et al., | |
| Respondents. | |

Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. On July 8, 2013, petitioner himself filed a motion for a certificate of appealability. Because petitioner is now represented by counsel, petitioner's July 8, 2013 motion for a certificate of appealability is disregarded.

Accordingly, IT IS HEREBY ORDERED that petitioner's motion for a certificate of appealability (ECF No. 32) is disregarded.

Dated: January 9, 2014

mor544.ord

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1