UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MORALES, | No. 2:12-cv-0544 LKK KJN P |
| Petitioner, | |
| v. | ORDER |
| ANTHONY HEDGPETH, et al., | |
| Respondents. | |

The defendant has, under oath, sworn or affirmed as to his financial inability to employ counsel.  Accordingly, IT IS HEREBY ORDERED that Heather E. Williams, Federal Public Defender, is appointed effective February 26, 2014; appointed counsel shall retain the signed financial affidavit supporting appointment.

Dated:  February 28, 2014

Mo544.app

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1