UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MORALES, | No. 2: 12-cv-0544 LKK KJN P |
| Petitioner, | |
| v. | ORDER |
| ANTHONY HEDGPETH, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner's motion for an evidentiary hearing is set for hearing before the undersigned on September 18, 2014.

Pending before the court is respondent's third motion for an extension of time to file his response to petitioner's motion. Petitioner did not oppose respondent's first two requests for extension of time. In the pending motion, respondent states that he is unaware whether petitioner opposes the third request for extension of time.

Accordingly, IT IS HEREBY ORDERED that within five days of the date of this order, petitioner shall inform the court whether he opposes respondent's third request for extension of time to file his opposition to petitioner's motion for an evidentiary hearing.

Dated: August 27, 2014

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

Mor544.ord(2)

1