UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MORALES,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>ANTHONY HEDGPETH,<br><br>　　　　　Respondent. | No. 2:12-cv-0544 TLN KJN P<br><br><br>ORDER |

　　　　Petitioner is a state prisoner, proceeding through counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner's motion for an evidentiary hearing is set for hearing before the undersigned on September 18, 2014.

　　　　Pending before the court is respondent's third motion for an extension of time to respond to petitioner's motion. On August 26, 2014, petitioner filed a statement of non-opposition to respondent's motion.

　　　　Good cause appearing, IT IS HEREBY ORDERED that:

1. Respondent's motion for an extension of time (ECF No. 53) is granted; respondent's response is due on or before September 24, 2014; petitioner may file a reply brief on or before October 8, 2014; and

////

////

1

2. The September 18, 2014 hearing set for petitioner's motion for an evidentiary hearing is vacated and reset to October 23, 2014, at 10:00 a.m., before the undersigned.

Dated: August 28, 2014

Mor544.eot(3)

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE