UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MORALES, | No. 2:12-cv-0544 TLN KJN P |
| Petitioner, | |
| v. | ORDER |
| ANTHONY HEDGPETH, | |
| Respondent. | |

Petitioner is a state prisoner, proceeding with counsel, with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner's motion for an evidentiary hearing is set for hearing before the undersigned on October 23, 2014.

Pending before the court is petitioner's unopposed request to continue the hearing to November 20, 2014.

Good cause appearing, IT IS HEREBY ORDERED that petitioner's request to continue the hearing on his motion for an evidentiary hearing is granted; the hearing set for October 23, 2014, is vacated and reset to November 20, 2014; petitioner may file a reply brief on or before November 13, 2014.

Dated:  October 14, 2014

Mor544.con

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

1