IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OSCAR MORALES, | Case No. 2:12-cv-0544 TLN KJN P |
| Petitioner, | **O R D E R EXTENDING TIME** |
| vs. | |
| ANTHONY HEDGPETH, et al., | |
| Respondent. | |

Petitioner OSCAR MORALES filed a motion to extend the time to file his Objections to the Magistrate Judge's Findings and Recommendations (ECF No. 88) to his Amended Petition for Writ of Habeas Corpus (ECF No. 17).

Good cause appearing and Respondent's counsel having no objection, IT IS HEREBY ORDERED that:

1. Petitioner's motion (ECF No. 89) is granted; and

2. On or before **Friday, July 22, 2016,** Petitioner shall file his Objections to the Magistrate Judge's Findings and Recommendations.

DATED: July 13, 2016.

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

/mora0544.eot